Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **PETER INGRIS,** | : | |
| Plaintiff, | : | Civil Action No.: 14-855 (ES)(MAH) |
| v. | : | ORDER |
| **BOROUGH OF CALDWELL, et al.,** | : | |
| Defendants. | : | |

**SALAS, DISTRICT JUDGE**

Pending before the Court are certain motions to dismiss. (*See* D.E. Nos. 104, 105 & 106). On January 4, 2016, however, Magistrate Judge Michael A. Hammer issued a Report and Recommendation that the Undersigned dismiss this action for failure to prosecute. (D.E. No. 117). The parties had 14 days to file and serve any objections to Judge Hammer's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, no party has filed an objection.

Having carefully reviewed the docket in this matter and Judge Hammer's Report and Recommendation, and for the reasons stated in Judge Hammer's Report and Recommendation,

IT IS on this 20th day of January 2016,

**ORDERED** that this Court ADOPTS Magistrate Judge Hammer's Report and Recommendation, (D.E. No. 117), as the Opinion of this Court; and it is further

**ORDERED** that the pending motions filed by certain defendants, (D.E. Nos. 104, 105 & 106), are DENIED without prejudice as MOOT; and it is further

**ORDERED** that the Clerk of Court shall mark this case CLOSED.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**